**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

HAUTE COUTURE, INC.                                                                                    PLAINTIFF

v.                                            No. 4:09CV00809 JLH

CONTINENTAL CASUALTY COMPANY                                                    DEFENDANT

## JUDGMENT

Pursuant to the jury verdict entered on July 21, 2010, and the Opinion and Order entered on August 25, 2010, denying the plaintiff's motion for new trial, judgment is entered in favor of Continental Casualty Company on the claims of Haute Couture, Inc.  The complaint of Haute Couture, Inc., is dismissed with prejudice.

IT IS SO ORDERED this 16th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT COURT